**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Jennie Larry Johnson v. Freo Texas LLC

Appellate case number:   01-15-00398-CV

Trial court case number:   15-CCV-054223

Trial court:                    County Court at Law No. 3 of Fort Bend County

On September 14, 2015, L. Mickele' Daniels filed a Motion to Withdraw as Counsel, and on October 5, 2015, appellant Jennie Larry Johnson filed a pro se appellant's brief. We **grant** the motion to withdraw and deem Johnson's pro se brief filed as of October 5, 2015.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle_____
                   ☑ Acting individually     ☐ Acting for the Court

Date:  February 2, 2016_____